CHARLES D. AUSTIN, APPELLEE, V. WILLIAM DIFFENDAFFER ET AL., APPELLANTS.

FILED SEPTEMBER 26, 1914.    No. 17,801.

1. **Trial:** REQUEST FOR SPECIAL FINDINGS AFTER JUDGMENT. The refusal of a request for specific findings, when made after the entry of a judgment, is not a ground of reversal.

2. **Appeal:** FINDINGS: EVIDENCE. A finding of fact on conflicting proofs is final on appeal, when supported by sufficient evidence.

APPEAL from the district court for Lancaster county: ALBERT J. CORNISH, JUDGE. *Affirmed.*

*F. A. Boehmer & Son,* for appellants.

*D. F. Osgood* and *Tibbets & Anderson, contra.*

ROSE, J.

This is a suit to recover on eight separate causes of action the sum of $1,066. A jury was waived and the trial court entered judgment in favor of plaintiff for $270. Defendants appeal.

In their brief defendants express the conviction that the judgment was rendered on the eighth cause of action, which they describe in their abstract as follows: "In August and

September, 1910, at the special instance and request of ·
appellant, appellee prepared 65 acres of ground and planted
same in wheat, which services are worth $195, and he also
furnished the seed for said ground or the value of $65,
making a total of $260 in this cause of action." The an-
swer amounted to a general denial.

It is argued on appeal that the trial court erred in over-
ruling a request for special findings. This request was
made after the entry of the judgment. It is clear that in
denying the request there was no error.

It is further insisted that the judgment is not supported
by the evidence, and that it is contrary to law. The evi-
dence on the issues involving the eighth cause of action is
conflicting, but is ample to sustain the finding of the trial
court. It does not affirmatively appear that the judgment
is contrary to law. On the other hand, it is obviously just.
The appeal is not meritorious.

AFFIRMED.

LETTON, J., not sitting.